FIL___ 

05 APR 19 PM 3 4

ROBERT R. DI ___ ___
CLERK, U.S. DI___ ___T.
W.D. OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RONALD MCALLISTER, JR.

    Plaintiff,

VS.

NO. 01-2925-D V

CITY OF MEMPHIS, et. al.

    Defendants.

## ORDER FOLLOWING STATUS CONFERENCE

The Court held a status conference regarding the above matter on April 18, 2005. The Court orally denied the pending Motion for Bifurcation. Pursuant to the status conference the following dates were set:

Motions in Limine: Filed by May 27, 2005.

Responses to Motions in Limine: Filed by June 3, 2005.

Hearing on Motions in Limine: June 8, 2005 at 9:00 a.m.

This trial is expected to last 4-5 days and is set for Trial at 9:00 a.m. Tuesday, July 5, 2005. A pre-trial conference is set for Wednesday, June 8, 2005 at 9:00 a.m.

IT IS SO ORDERED this __19th__ day of April, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-20-05

82

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 2:01-CV-02925 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Kirk A. Caraway
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Thomas E. Hansom
HANSOM LAW OFFICE
659 Freeman Street
Memphis, TN 38122--372

Sara L. Hall
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

Jeffrey S. Rosenblum
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Jean Markowitz
CAUSEY CAYWOOD
100 North Main St.
Ste. 2400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT